# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID A. YOUNGBLOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORIZON, et al., )<br>)<br>Defendants. ) | No. 1:19-CV-0028 RLW |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis in this civil action brought pursuant to 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(a)(1), plaintiff is required to submit a financial affidavit in support of his motion for leave to proceed in forma pauperis. Plaintiff has failed to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff a CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff must complete the affidavit and return it to the Court within thirty days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with is Memorandum and Order may result in a dismissal of this action.

Dated this 12th day of February, 2019.

Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE